UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>*Defendant*. | Civil Action No. 22-3649 (DLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Institute For Energy Research and Defendant Federal Energy Regulatory Commission, through their undersigned counsel, stipulate to dismiss this action with prejudice pursuant to the terms in the parties' executed Settlement Agreement and Release.

Dated:   July 12, 2023

*/s/ Matthew D. Hardin (with permission)*
MATTHEW D. HARDIN
D.C. Bar No. 1032711
HARDIN LAW OFFICE
1725 I Street NW, Suite 300
Washington, DC 20006

Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2544
anna.walker@usdoj.gov

*Counsel for the United States of America*